DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STUART A. ROFFMAN,**
Appellant,

v.

**CITIZENS BANK, N.A.,**
Appellee.

No. 4D20-782

[March 4, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James L. Martz, Judge; L.T. Case No. 502019CA010010.

Jane Kreusler-Walsh and Stephanie L. Serafin of Kreusler-Walsh, Vargas & Serafin, P.A., West Palm Beach, for appellant.

David Rosenberg and Jarrett Cooper of Robertson, Anschulz & Schneid, P.L., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and KUNTZ, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*